# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISAEL ARAMBULA-CHAIDEZ,<br><br>Defendant. | Case No. 2:15-cr-147-APG-BNW<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Misael Arambula-Chaidez.

JASON M. FRIERSON
United States Attorney

*/s/ David Kiebler*
DAVID KIEBLER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. DATED this 2nd day of January, 2025.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3